UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS HENDERSON, et al.,<br><br>        Defendants. | CASE NO. CV 06-1157-SJO(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: <u>August 21, 2010</u>.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep r&r.wpd