UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMPSON,<br><br>         Plaintiff,<br><br>    v.<br><br>DENNIS HENDERSON, et al.,<br><br>         Defendants. | Case No. CV 06-1157-SJO (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

    DATED: <u>August 21, 2010</u>.

*S. James Otero*

―――――――――――――――――――――
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd